

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00786-CV

**IN THE INTEREST OF I.V.G. AND I.J.F.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-07068
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Joshua Fusilier appeals the trial court's final order establishing the parent-child relationship and has requested this court to appoint appellate counsel. We have reviewed the clerk's record and Fusilier's motion, and we conclude this case does not involve exceptional circumstances that would warrant appointment of counsel. We therefore **deny** the motion. *See Gibson v. Tolbert*, 102 S.W.3d 710 (Tex. 2003); *Serrano v. Pellicano Bus. Park, L.L.C.*, No. 08-16-00327-CV, 2017 WL 6506315, at *1 (Tex. App.—El Paso Dec. 20, 2017, no pet.); *In re R.N.P.*, No. 03-12-00090-CV, 2014 WL 2957810, at *4 (Tex. App.—Austin, June 25, 2014, no pet.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court